IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:22CR00069 BRW |
| | ) | |
| JONAS BREWSTER | ) | |

**MOTION TO DISMISS INDICTMENT AGAINST JONAS BREWSTER**

Pursuant to Rule 48(a), Federal Rules of Criminal Procedure, the United States of America, through Jonathan D. Ross, United States Attorney for the Eastern District of Arkansas, and Julie Peters, Assistant U.S. Attorney for said district, hereby moves for leave of Court to dismiss the Indictment against JONAS BREWSTER in this case for the following reasons:

1. On November 10, 2022, pursuant to a plea agreement, the defendant, JONAS BREWSTER, pled guilty to Count 1 of the indictment in Case Number 4:21-CR-00151-KGB.

2. The plea agreement in Case Number 4:21-CR-00151-KGB called for the United States to dismiss the indictment against the defendant, JONAS BREWSTER, in this case.

WHEREFORE, for the above reasons, the United States respectfully requests leave of Court to dismiss the Indictment against JONAS BREWSTER in this case.

[END OF TEXT. SIGNATURE PAGE TO FOLLOW.]

Respectfully submitted,

JONATHAN D. ROSS
United States Attorney

JULIE PETERS
Bar No. 2000109
Assistant United States Attorneys
P. O. Box 1229
Little Rock, Arkansas  72203
Telephone: 501-340-2600
E-mail: Julie.Peters@usdoj.gov