IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                          PLAINTIFF

v.                             NO. 4:22-cr-00069-JM-01

JONAS BREWSTER                                                            DEFENDANT

### ORDER

The government has filed a motion to dismiss indictment in this matter. The motion is GRANTED. Document #19. The indictment is hereby dismissed as to defendant Jonas Brewster.

IT IS SO ORDERED this 15th day of November, 2022.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE